WILLIAM F. FEECK, as Administrator of the Estate of
WILLIAM B. BARTHOLOMEW, Deceased, Appellant, *v.*
THE ·NEW YORK CENTRAL RAILROAD COMPANY,
Respondent.

*Feeck* v. *N. Y. Central R. R. Co.*, 180 App. Div. 253, affirmed.
(Argued October 4, 1918; decided October 22, 1918.)

APPEAL, by permission, from a judgment of the
Appellate Division of the Supreme Court in the third
judicial department, entered December 3, 1917, unani-
mously affirming a judgment in favor of defendant
entered upon a dismissal of the complaint by the court
at a Trial Term.    Plaintiff's intestate, an employee of
the Delaware and Hudson Company, was struck by an
engine of the defendant railroad on one of its tracks
at the Schenectady station and killed.    The said station
was used jointly by the two railroads but each owned
and maintained its separate tracks.    The trial court
dismissed the complaint on the ground that the intestate
was a trespasser on defendant's tracks and that it owed
him no duty of special care.

 *Walter A. Fullerton, James A. Leary* and *John R.
Parker* for appellant.

*William L. Visscher* for respondent.

Judgment affirmed, with costs; no opinion.

Concur:   HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK,
HOGAN, MCLAUGHLIN and CRANE, JJ.